### In the Matter of Charles C. PARSONS, Esquire.

### A Member of the Bar of the District of Columbia Court of Appeals.

### No. 96–BG–119.

District of Columbia Court of Appeals.

June 13, 1996.

Before FARRELL and KING, Associate Judges; and MACK, Senior Judge.

### AMENDED ORDER

PER CURIAM.

On consideration of the report and recommendation of the Board on Professional Responsibility, recommending that the respondent be publicly censured for commingling a client's funds in violation of Disciplinary Rule 9–103(A), the letter from Bar Counsel electing not to note an exception to the report and recommendation of the Board on Profession-

al Responsibility, and it appearing that respondent elected not to note an exception to the report and recommendation of the Board on Professional Responsibility, it is

ORDERED that, pursuant to Rule XI, § 11(f)(1) of the Rules Governing the Bar, effective January 1, 1995, the recommendation by the Board on Professional Responsibility to impose discipline consisting of publicly censuring respondent is hereby adopted; it is, accordingly,

FURTHER ORDERED that respondent, Charles C. Parsons, be and he hereby is, publicly censured.